Rockingham,
No. 5124.

CUMBERLAND FARMS NORTHERN, INC.

*v.*

ALFRED T. PIERCE *& a.*

Argued March 5, 1963.

Decided April 30, 1963.

*Burns, Bryant & Hinchey* and *E. Paul Kelly, Robert F. McNeil* (of Massachusetts), and *Alfred B. Stapleton* (of Rhode Island), (*Mr. Kelly* orally), for the plaintiff.

*William Maynard*, Attorney General and *Alexander J. Kalinski*, Assistant Attorney General (*Mr. Kalinski* orally), for the defendants.

*Booth, Wadleigh, Langdell, Starr & Peters* (*Mr. Philip G. Peters* orally), for New Hampshire Milk Dealers Association, as *amicus curiae.*

*Tiffany & Osborne* for the Granite State Dairymen's Association (*Mr. Gordon M. Tiffany* orally), as *amicus curiae.*

WHEELER, J.  The issues presented by the questions transferred in this case are disposed of by our decision in No. 5110, the companion case bearing the same title, decided this day, 104 N. H. 489.  In summary, all of the transferred questions have been answered in that case.  Accordingly there is no occasion for us to consider further the matters raised in this bill in equity.  On the basis of the decision in No. 5110, the order in this case is

*Bill dismissed.*

All concurred.